IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MCKENNA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HEALTHEASE, INC., et al. | : | No. 10-3940 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **15th** day of **January, 2013**, upon consideration of Defendant Lockheed Martin's Motion to Dismiss First Amended Civil Action Complaint, Healthease, Inc. and Armand Tecco's Motion to Dismiss First Amendment Civil Action Complaint, Plaintiff's response thereto, Defendant Lockheed Martin's reply thereon, and for the reasons provided in this Court's Memorandum dated January 15, 2013, it is hereby **ORDERED** that:

1. Defendants' motions (Document Nos. 48 and 49) are **GRANTED in part and DENIED in part**.

2. Plaintiff shall have until **Monday, February 25, 2013** to reopen her bankruptcy and substitute the bankruptcy trustee for herself as Plaintiff in this litigation. Plaintiff shall provide to the Court a written status update on or before Monday, March 4, 2013.

3. Failure to substitute the bankruptcy trustee for Plaintiff will result in the dismissal of all claims against Defendants except claims for injunctive relief.

BY THE COURT:

_____
Berle M. Schiller, J.