IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MCKENNA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HEALTHEASE, INC., et al., | : | No. 10-3940 |
| Defendants. | : | |

### ORDER

AND NOW, this **18th** day of **April, 2013**, upon consideration of Defendants' Healthease and Armand Tecco's Motion for Summary Judgment, Lockheed Martin's Motion for Summary Judgment, Plaintiff's Omnibus Response and Declaration Requesting Discovery, Lockheed Martin's Motion for Leave to File a Reply Brief, and for the reasons provided in this Court's Memorandum dated April 18, 2013, it is hereby **ORDERED** that:

1. Healthease and Tecco's motion for summary judgment (Document No. 60) is **GRANTED**.

2. Lockheed Martin's motion for summary judgment (Document No. 61) is **GRANTED**.

3. Lockheed Martin's motion for leave to file reply brief (Document No. 65) is **GRANTED**.

4. Judgment in entered in favor of all Defendants and against Plaintiff on all counts.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**